In the Matter of Freda K. Ralph, Respondent, against Board of Estimate of the City of New York et al., Appellants.— In a proceeding pursuant to article 78 of the Civil Practice Act, order denying appellants' motion to compel respondent to accept service of a notice of appeal from an order which granted reargument but adhered to the original determination determining the proceeding in favor of the respondent, affirmed, with $10 costs and disbursements. The Special Term was without power to grant the motion. (*Ziadi* v. *Interurban St. Ry. Co.,* 97 App. Div. 137.) Even if it had jurisdiction to determine the question, *People ex rel. Manhattan Stor. & Warehouse Co.* v. *Lilly* (299 N. Y. 281) would require denial of the motion. Carswell, Acting P. J., Johnston, Adel, Wenzel and MacCrate, JJ., concur. [See *post,* p. 750; 279 App. Div. 758.]